UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


ANTHONY L. WILSON,

        Plaintiff,

                                          **Case No. 2:13-cv-139**

     v.                                  **JUDGE GREGORY L. FROST**

                                          **Magistrate Judge Kemp**

JILL GILLESPIE, et al.,

        Defendants.


**OPINION AND ORDER**

This matter is before the Court for consideration of the Magistrate Judge's January 22, 2015 Report and Recommendation ("R&R") (ECF No. 61).  In that filing, the Magistrate Judge considered Defendants' motion for judgment on the pleadings and recommended that the Court grant the same.

The R&R advised the parties that, if any party sought review by the District Judge, that party may file objections to the R&R within fourteen (14) days.  (ECF No. 61, at PAGEID # 679.)  The R&R further advised the parties that their failure to object within fourteen days would "result in a waiver of the right to have the district judge review the [R&R] de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the [R&R]." (*Id.* (citing *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981)).)

The Court has reviewed the R&R.  Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the R&R (ECF No. 61) and **GRANTS** Defendants' motion for judgment on

1

the pleadings (ECF No. 35).  The Clerk is **DIRECTED** to enter judgment accordingly and

terminate this case on the docket records of the United States District Court for the Southern

District of Ohio, Eastern Division.

      **IT IS SO ORDERED**.

                                          **/s/ Gregory L. Frost**
                                          **GREGORY L. FROST**
                                          **UNITED STATES DISTRICT JUDGE**